A90A1626. JAMISON v. THE STATE.
(419 SE2d 543)

McMURRAY, Presiding Judge.

Our prior judgment in *Jamison v. State*, 199 Ga. App. 401 (405 SE2d 82), wherein this Court affirmed the trial court, having been reversed by the Supreme Court of Georgia in *Jamison v. State*, 262 Ga. 40 (414 SE2d 466) our judgment is vacated, and the judgment of the trial court is reversed.

*Judgment reversed. Sognier, C. J., Birdsong, P. J., Carley, P. J., Pope, Beasley, Cooper, Andrews and Johnson, JJ., concur.*

DECIDED JUNE 1, 1992.

*William E. Frey*, for appellant.

*Robert E. Keller, District Attorney, Clifford A. Sticher, Assistant District Attorney*, for appellee.